**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In Re:

FISH, KENNETH GORDON                    Case No: 13-40150TLH4-BKC-KKS
                                        Chapter 7

    Debtor(s).
_____/

**MOTION FOR APPROVAL OF INTERIM DISTRIBUTION**

    COMES NOW, Theresa M. Bender, and files this Motion for Approval of Interim Distribution and in support thereof would state as follows:

    1.    Debtor filed this case on 03/11/13. Soon thereafter, Theresa M. Bender, was appointed as the Chapter 7 Panel Trustee for this case.

    2.    Since that time the estate has recovered and liquidated shares in Learnsomething, Inc., resulting in funds in the amount of $849,938.44 being deposited into the estate's account.  The Trustee seeks an interim distribution of the sum of $745,000.00

    3.    However, there are still assets that remain to be administered and estate tax returns that must be prepared and filed. It is anticipated that the remaining value (Xerox, Inc.'s purchase of the shares of Learnsomething, Inc. required a hold back of a percentage of the actual purchase price) will be delivered to the Trustee within two years, and the counsels for the Trustee are negotiating the turnover or liquidation of the remaining assets. It is anticipated the estate tax return will take some time due to the assets that were administered and the complexity of this case. It is also anticipated that more than one tax return will be required and prepared by the Trustee's accountant. It is anticipated that a final report will be submitted by year end 2015.

4.      Attached to this motion as Exhibit "B" is a Form 1 and 2 showing the assets of the case and the collections and distributions to date.

5.      While administration of this case continues, the estate bank accounts continue to incur banking fees. Accordingly, to minimize the amount of banking fees; to maximize the funds available to distribute to unsecured creditors; and to reduce the liability of the estate with regard to the large sums on hand; the Trustee proposes an interim distribution be made in accordance with the attached Exhibit "B".

6.      The attached proposed distribution proposes to pay a pro-rata share of the trustee's fees and expenses; all accounting fees to date, and distributes a pro-rata share to unsecured creditors.

7.      The proposed distribution of $745,000.00 will leave the balance in trust, from which to pay the taxes and fees associated with preparation of the 2013 estate tax return.

WHEREFORE, the Trustee respectfully prays that this Court enter an Order authorizing Trustee to make an interim distribution in this matter in accordance with the proposed distribution attached and grant such further relief as this Court deems just and proper.

DATED:  February 10, 2014            /s/ Theresa M. Bender

                                        Theresa M. Bender, Chapter 7 Trustee
                                        Theresa M. Bender, P.A.
                                        P. O. Box 14557
                                        Tallahassee, FL. 32317
                                        Tel: 850.205.7777
                                        FL Bar #0749486
                                        E-Mail: Tmbenderch7@yahoo.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by electronically and by U.S. Mail , the debtor(s) Kenneth Fish, P O Box 583, Eastpoint, FL 32328; debtor(s)' attorney, Thomas B. Woodward, P.O. Box 10058, Tallahassee, FL 32302  and the U.S. Trustee, 110 East Park Avenue, Suite 128, Tallahassee, Florida 32301 on February 10, 2014.


                                               /S/ Theresa M. Bender

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-40150TLH4 KKS  
**Case Name:** FISH, KENNETH GORDON  
**Period Ending:** 02/07/14

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 03/11/13 (f)  
**§341(a) Meeting Date:** 04/15/13  
**Claims Bar Date:** 09/11/13

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 649 West Pine Street, St George Island, FL | 400,000.00 | 0.00 | | 0.00 | FA |
| 2 | 603 Hwy 98, Eastpoint, FL, Homestead | 250,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand. | 150.00 | 0.00 | | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Checking, savings or other financial accounts, c | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furnishings, including audio | 7,180.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Furs and jewelry. | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Firearms and sports, photographic and other hobb | 940.00 | 390.00 | | 0.00 | 390.00 |
| 11 | Firearms and sports, photographic and other hobb | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Interests in IRA, ERISA, Keogh, or other pension | 7,000.00 | 0.00 | | 0.00 | FA |
| 13 | Stock and interests in incorporated and unincorp | Unknown | 0.00 | | 0.00 | FA |
| 14 | Stock and interests in incorporated and unincorp | 11,508.56 | 0.00 | | 849,938.44 | 250,061.56 |
| 15 | Stock and interests in incorporated and unincorp | 1,000.00 | 1,000.00 | | 0.00 | 400,000.00 |
| 16 | Stock and interests in incorporated and unincorp | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 17 | Stock and interests in incorporated and unincorp | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 18 | Stock and interests in incorporated and unincorp | 33.00 | 33.00 | | 0.00 | 33.00 |
| 19 | Stock and interests in incorporated and unincorp | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |

Printed: 02/10/2014 09:22 AM   V.13.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-40150TLH4 KKS
**Case Name:** FISH, KENNETH GORDON

**Period Ending:** 02/07/14

**Trustee:** (290820)    Theresa M. Bender, Trustee
**Filed (f) or Converted (c):** 03/11/13 (f)
**§341(a) Meeting Date:** 04/15/13
**Claims Bar Date:** 09/11/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Stock and interests in incorporated and unincorp | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 21 | Stock and interests in incorporated and unincorp | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 22 | Accounts receivable. | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Other liquidated debts owing debtor including ta | 42,000.00 | 42,000.00 | | 0.00 | 42,000.00 |
| 24 | Other liquidated debts owing debtor including ta | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | Animals. | 10.00 | 0.00 | | 0.00 | FA |
| 25 | **Assets** **Totals** (Excluding unknown values) | **$723,771.56** | **$48,423.00** | | **$849,938.44** | **$697,484.56** |

**Major Activities Affecting Case Closing:**

PREPARING INTERIM DISTRIBUTION REPORT
DEADLINES EXTENDED TO MARCH 14, 2014
CONTINUING TO NEGOTIATE RECOVERY OF ASSETS
KEITH BELL AS SPECIAL COUNSEL
THOMSON BROCK AS ACCOUNTANT

Ken Fish-continued for proof of SS number. He should appear to show proof of his social security number. The meeting will be concluded upon verification, hopefully on Monday. If he cannot appear on Monday, I will continue to the June calendar. A 2004 Examination has been granted.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-40150TLH4 KKS  
**Case Name:** FISH, KENNETH GORDON  

**Period Ending:** 02/07/14

**Trustee:** (290820)  Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 03/11/13 (f)  
**§341(a) Meeting Date:** 04/15/13  
**Claims Bar Date:** 09/11/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 30, 2014  
**Current Projected Date Of Final Report (TFR):** December 30, 2014

_____  
February 10, 2014  
Date

/s/ Theresa M. Bender, Trustee  
_____  
Theresa M. Bender, Trustee

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-40150TLH4 KKS  
**Case Name:** FISH, KENNETH GORDON  
**Taxpayer ID #:** **-***0949  
**Period Ending:** 02/07/14  

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****510366 - Checking Account  
**Blanket Bond:** $10,870,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/19/13 | {14} | FISH, KENNETH G. | NON-EXEMPT SHARES FROM LEARN SOMETHING, INC. STOCK | 1129-000 | 384,860.85 | | 384,860.85 |
| 09/19/13 | {14} | EMERALD COAST FEDERAL CREDIT UNION | NON-EXEMPT SHARES OF LEARN SOMETHING, INC. | 1129-000 | 465,077.59 | | 849,938.44 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 326.00 | 849,612.44 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,344.27 | 848,268.17 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,138.76 | 847,129.41 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,340.37 | 845,789.04 |
| 01/21/14 | | To Account #****510367 | TRANSFER FOR INTERIM REPORT | 9999-000 | | 745,000.00 | 100,789.04 |
| 02/07/14 | | To Account #****510367 | REIMBURSEMENT OF SERVICE FEES | 9999-000 | | 1,257.09 | 99,531.95 |
| | | | **ACCOUNT TOTALS** | | **849,938.44** | **750,406.49** | **$99,531.95** |
| | | | Less: Bank Transfers | | 0.00 | 746,257.09 | |
| | | | **Subtotal** | | **849,938.44** | **4,149.40** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$849,938.44** | **$4,149.40** | |

{} Asset reference(s)

Printed: 02/10/2014 09:22 AM  V.13.14

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-40150TLH4 KKS  
**Case Name:** FISH, KENNETH GORDON  

**Taxpayer ID #:** **-***0949  
**Period Ending:** 02/07/14  

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****510367 - Checking Account  
**Blanket Bond:** $10,870,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/14 | | From Account #****510366 | TRANSFER FOR INTERIM REPORT | 9999-000 | 745,000.00 | | 745,000.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,257.09 | 743,742.91 |
| 02/07/14 | | From Account #****510366 | REIMBURSEMENT OF SERVICE FEES | 9999-000 | 1,257.09 | | 745,000.00 |
| | | | **ACCOUNT TOTALS** | | 746,257.09 | 1,257.09 | **$745,000.00** |
| | | | Less: Bank Transfers | | 746,257.09 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,257.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,257.09** | |

Net Receipts :    849,938.44  
Net Estate :    $849,938.44  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****510366** | 849,938.44 | 4,149.40 | 99,531.95 |
| **Checking # ****510367** | 0.00 | 1,257.09 | 745,000.00 |
| | $849,938.44 | $5,406.49 | $844,531.95 |

{} Asset reference(s)

Printed: 02/10/2014 09:22 AM    V.13.14

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit B

Case No.: 13-40150TLH4-KKS
Case Name: FISH, KENNETH GORDON
Trustee Name: Theresa M. Bender, Trustee

**Balance on hand:** $ 844,531.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 844,531.95

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Theresa M. Bender, Trustee | 40,500.00 | 0.00 | 40,500.00 |
| Trustee, Expenses - Theresa M. Bender, Trustee | 716.13 | 0.00 | 716.13 |
| Trustee's Firm Legal, Fees - THERESA M. BENDER, P.A. | 5,005.00 | 0.00 | 5,005.00 |
| Trustee's Attorney, Fees - CLARK PARTINGTON | 283,284.48 | 0.00 | 283,284.48 |
| Trustee's Accountant, Fees - THOMPSON BROCK LUGER & CO | 2,175.00 | 0.00 | 2,175.00 |

Total to be paid for chapter 7 administration expenses: $ 331,680.61
Remaining balance: $ 512,851.34

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 512,851.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for priority claims: | $            0.00 |
| Remaining balance: | $    512,851.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,788,475.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Florida Bank | 85,000.00 | 0.00 | 1,775.38 |
| 2 | Hancock Bank | 3,406,752.75 | 0.00 | 71,156.42 |
| 3 | Hancock Bank | 15,050,575.36 | 0.00 | 314,359.47 |
| 4 | Centennial Bank | 1,246,147.27 | 0.00 | 26,028.12 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $    413,319.39 |
| Remaining balance: | $      99,531.95 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $            0.00 |
| Remaining balance: | $      99,531.95 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 99,531.95 |

**UST Form 101-7-TFR (05/1/2011)**