UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

FISH, KENNETH GORDON                    CASE NO. 13-40150TLH4
                 Debtor                 CHAPTER 7

_____/

**TRUSTEE'S INTERIM APPLICATION FOR COMPENSATION
TO SPECIAL COUNSEL FOR TRUSTEE**

THERESA M. BENDER, CHAPTER 7 TRUSTEE, hereby files her Interim Application for Compensation to Special Counsel for Trustee and says:

1. Applicant is the duly appointed and qualified Trustee of the above-styled case.

2. Based on an initial review of the filings in this matter, the Trustee believed that further recovery of property of the estate for unsecured creditors was required than suggested by the debtor's filings. The Trustee sought the assistance of attorneys with Clark Partington Hart Larry Bond & Stackhouse who have assisted to date in discovering issues that have resulted in value to the estate.

3. This Court authorized the Trustee to employ Clark, Partington, Hart, Larry, Bond & Stackhouse under a contingency fee basis because of the nature and extent of legal services required by the bankruptcy estate. (Doc. 46).

4. To date, the Debtor has turned over a percentage of the liquidated value of shares Learnsomething, Inc., which resulted in payment of $849,938.44 to the estate.

4. Pursuant to the terms of the contingency fee agreement, Clark, Partington, Hart, Larry, Bond & Stackhouse and its associates are entitled to receive fees of in the amount of $283,284.48. Attached hereto is a settlement statement.

WHEREFORE, the Trustee prays that Clark Partington Hart Larry Bond & Stackhouse and its associates be granted interim fees of $283,284.48, and for such other and further relief as is just and proper.

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
FL. Bar # 0749486
Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to **FISH, KENNETH GORDON**, P O BOX 583, EASTPOINT, FL, 32328**, KEITH BELL, SPECIAL COUNSEL TO TRUSTEE**, 106 East College Ave, Suite 600, TALLAHASSEE, FL32301; **CHARLES EDWARDS**, Office of the U.S. Trustee, 110 East Park Ave, Suite 128 Tallahassee, FL. 32301, electronic and/or regular U.S. Mail, this February 3, 2014.

/s/ Theresa M. Bender

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE CITY DIVISION

IN RE:

KENNETH GORDON FISH,   Case No. 13-40150-KKS
   Chapter 7
   Debtor.
_____

**INTERIM CONTINGENCY FEE SETTLEMENT STATEMENT**

Gross Recovery from Turnover of
Learnsomething, Inc. Non-Exempt Stock Sale Proceeds:   $849,938.44

33 1/3% Attorney's Fee:   $283,284.48

Costs Incurred:   N/A

Total Due Clark, Partington
Upon Interim Distribution:   $283,284.48

Net to Bankruptcy Estate:   $566,653.96

DATED this 22nd day of January 2014.

/s/ Keith L. Bell, Jr.
**KEITH L. BELL, JR.**
Florida Bar No. 573809
**TREVOR A. THOMPSON**
Florida Bar No. 0068006
CLARK, PARTINGTON, HART,
 LARRY, BOND & STACKHOUSE
106 East College Avenue, Suite 600
Tallahassee, FL 32301
Telephone: (850) 320-6827
Facsimile:  (850) 597-7591
*Attorneys for Trustee, Theresa M. Bender*